McElroy, Deutsch, Mulvaney & Carpenter, LLP
One Hovchild Plaza
4000 Route 66
Tinton Falls, New Jersey 07753
Tel. (732) 733-6200
Fax (732) 922-2702
Attorneys for Defendant,
First Unum Life Insurance Company

| | |
|---|---|
| SHARON BENDERSKY, | : UNITED STATES DISTRICT COURT |
| | : SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 1:19-cv-03008-PGG |
| | : |
| FIRST UNUM LIFE INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## CIVIL ACTION – CONSENT ORDER OF DISMISSAL

THIS MATTER having been amicably adjusted and resolved by and between the parties hereto, the same be and hereby is dismissed, with prejudice and without costs and attorneys' fees assessed against either party.

_____
HONORABLE PAUL G. GARDEPHE, U.S.D.J.
Dec. 17, 2019

The undersigned parties hereby consent to the form, content and entry of the within order.

| | |
|---|---|
| **LAMBERT COFFIN** <br> Attorneys for Plaintiff, Sharon Bendersky | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** <br> Attorneys for Defendant, First Unum Life Insurance Company |
| By: /s/ Andrew S. Davis <br>   Andrew S. Davis, Esq. | By: /s/ Louis P. DiGiaimo <br>   Louis P. DiGiaimo, Esq. |
| Dated: 12/11/19 | Dated: 12/11/19 |

3944243